AO 91 Rev 5 85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA
V.

CONSTANT AUDAIN

**CRIMINAL COMPLAINT**

CASE NUMBER: 90-0515 L

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 13, 1990__ in __Boston, Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

travel from the Commonwealth of Massachusetts, in interstate commerce, with the intent to avoid prosecution by said Commonwealth for the felony crime of murder.

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(X) __Special Agent of the FBI__ and that this complaint is based on the following
Official Title
facts:           See attached Affidavit.

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No

_____
Signature of Complainant
ALAN D. DIBONA

Sworn to before me and subscribed in my presence,

__October 25, 1990__                 at   __Boston, MA__
Date                                      City and State

__Lawrence P. Cohen - U.S. Magistrate__      _____
Name & Title of Judicial Officer             Signature of Judicial Officer

AFFIDAVIT

Boston, Massachusetts
October ~~22~~ 25, 1990

I, Alan D. DiBona, Special Agent, Federal Bureau of Investigation, being duly sworn, upon my oath depose and state:

1. The Federal Bureau of Investigation has been requested to assist the Suffolk County District Attorney's Office in the location and apprehension of Constant Audain.

2. I have been informed by Newman Flanagan, Suffolk County District Attorney, as follows:

    a. Constant Audain was charged with the crime of murder, by complaint filed in West Roxbury District Court on March 13, 1990;

    b. The crime of murder is a felony under Massachusetts General Laws Chapter 265, Section 1;

    c. On March 13, 1990, an arrest warrant was issued by West Roxbury District Court for the apprehension of Constant Audain;

    d. Law enforcement efforts to locate Constant Audain within the Commonwealth of Massachusetts have been unsuccessful;

      e. As a result of information received by the Suffolk County District Attorney's office, it is believed that Constant Audain has fled the Commonwealth of Massachusetts and may now be in Haiti; and,

      f. The Suffolk County District Attorney's office will rendite Constant Audain if he is apprehended outside the District of Massachusetts.

3. Attached hereto and made a part hereof are certified copies of the following:

      a. Complaint; and

      b. Arrest Warrant.

_____
ALAN D. DIBONA
Special Agent, FBI

Subscribed and sworn to before me this 25th day of October, 1990.

_____
LAWRENCE P. COHEN
United States Magistrate

2

# Commonwealth of Massachusetts

SUFFOLK, ss.

I,            Paul Murphy           *Justice*

*of the Municipal Court of the West Roxbury District of the City of Boston, holden at said District, for the transaction of criminal business, within the County of Suffolk, do certify that*

          John Brian Walsh

*whose signature is affixed to the papers hereto annexed, is the Clerk of said Court and hath the keeping of the files, records and proceedings of said Court; that he is by law the proper person to make out and to certify copies of the files, records and proceedings of said Court; that full faith and credit are and ought to be given to his acts and attestations, and that his attestations to the papers hereto annexed are in due form.*

*I further certify that I know the signature of the said*

          John Brian Walsh

*and that the signatures affixed to the annexed papers are the genuine signatures of the said*

          John Brian Walsh

*In testimony whereof I have hereunto set my hand and caused the seal of said Municipal Court of the West Roxbury District to be hereunto affixed, this*    4th    *day of*    October    *in the year of our Lord one thousand nine hundred and*    ninety

*[signed] Paul Murphy*
*Justice of the said Municipal Court of the West Roxbury District.*

---

# Commonwealth of Massachusetts

SUFFOLK, ss.

I,           John Brian Walsh           *Clerk*

*of the Municipal Court of the West Roxbury District of the City of Boston, holden at said District, for the transaction of criminal business, within the County of Suffolk, do certify that*

          Paul Murphy     *Esquire,*

*whose signature is hereto annexed, is the Justice of the said Municipal Court of the West Roxbury District; that full faith and credit are and ought to be given to his acts and attestations; and that his attestation hereto annexed is in due form. I further certify that I know the signature of the said*

          Paul Murphy     *Esquire.*

*and that the signature hereto affixed is the genuine signature of the said*

          Paul Murphy     *Esquire.*

*In testimony whereof I have hereunto set my hand and affixed the seal of said Municipal Court of the West Roxbury District, this*    4th    *day of*    October    *in the year of our Lord one thousand nine hundred and*    ninety

*[signed] John B. Walsh*
*Clerk of the said Municipal Court of the West Roxbury District*

Form 250-4-30-500 F.P.

| | | |
|---|---|---|
| **CRIMINAL COMPLAINT** | | **Trial Court of Massachusetts**<br>**District Court Department** |
| **COURT DIVISION**<br>W. Roxbury | **NAME, ADDRESS AND ZIP CODE OF DEFENDANT**<br>Constant Audain<br>340 Main St<br>Randolph, MA | **TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:**<br>The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below. |

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 2/14/64 | 601 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 2/15/90 | 6 Calder ST |

| COMPLAINANT | POLICE DEPARTMENT |
|---|---|
| Det Robert T Tinlin | Boston Homicide |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| March 13, 1990 | WARRANT/CC#01146773 |

**COUNT-OFFENSE**
A. MURDER C265 S1

did assault and beat Fernando de los Santos, with intent to murder said person, and by such assault and beating did kill and murder said person, in violation of G.L. c.265, s.1.

**COUNT-OFFENSE**

**COUNT-OFFENSE**

**COUNT-OFFENSE**

True copy attest _[signature]_ Clerk

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|
| X _[signature]_ Robert T Tinlin | X _[signature]_ | 3-13-90 | |
| **FIRST JUSTICE**<br>Paul Murphy | **COURT ADDRESS**<br>445 Arborway<br>Jamaica Plain, MA 02130 | | |

A TRUE COPY ATTEST: X   CLERK-MAGISTRATE/ASST. CLERK   ON (DATE)

| ALIAS WARRANT | XX ADULT ☐ JUVENILE | COURT DIVISION West Roxbury | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| NAME OF DEFENDANT Constant Audain 340 Main St Randolph, MA | | DOCKET NUMBER(S) 90-06CR1220 | OFFENSE(S) A. Murder C265 S1 |
| DATE OF BIRTH 2/14/64 | SEX XX MALE ☐ FEMALE | RACE B | POLICE DEPARTMENT Boston |

## REASON FOR WARRANT

☒ Representation of prosecutor that defendant may not appear unless arrested.

☐ Defendant failed to appear after being summoned to appear.

☐ Defendant failed to appear after recognizing to appear.

☐ Defendant failed to pay [fine] [costs] in the amount of $ _____.

☐ Defendant failed to pay non-criminal motor vehicle fine in the amount of $ _____.

☐ Defendant was convicted of the offense(s) listed above on _____ and placed on probation until _____ and has, as represented to the court, failed to comply with the conditions of probation by _____

☐ Other: _____

SS# unk
HT: 5'6   WT: 140
HAIR: Blk   EYES: Bn

## TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

The court has ordered that a
ALIAS
XXX Warrant
☐ Default Warrant
} issue against the above defendant.

**WARRANT**

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

NOTE: The defendant may not be bailed on a default warrant without a special order of the court.

| WITNESS: | FIRST JUSTICE Paul Murphy | DATE OF ISSUE 10/4/90 | CLERK-MAGISTRATE/ASST. CLERK X /s/ John B Walsh |
|---|---|---|---|
| RETURN OF SERVICE | By virtue of this warrant, I certify that<br>☐ The defendant has been arrested as ordered by the court.<br>☐ I am returning the warrant without service to the court. | | True copy attest /s/ John B Walsh Clerk |
| | DATE OF ARREST | SIGNATURE OF PERSON MAKING SERVICE X | TITLE OF PERSON MAKING SERVICE |

DC-CR-4 (1/84)